✓ FILED_____ ENTERED
_____LOGGED_____ RECEIVED

JAN 1 5 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY



Cfv
1.14.20

CAH/PJM: USAO#2020R00034

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. $DKC-20-019$ |
| MICHAEL CHRISTIAN, | ) |
| | ) (Possession of a Firearm by a Felon, 18 |
| a/k/a "Icey Mike," | ) U.S.C. § 922(g)(1); Forfeiture, 21 U.S.C. |
| | ) § 853; 28 U.S.C. § 2461(c); 18 U.S.C. |
| Defendant. | ) § 924(d)) |

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about September 14, 2019, in the District of Maryland, the Defendant,

### MICHAEL CHRISTIAN, a/k/a "Icey Mike,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson Model M&P Shield .40 caliber firearm bearing serial number HRF5216, and the firearm was in and affecting interstate commerce.

18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**

The Grand Jury for the District of Maryland further charges that:

1.     Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, in the event of the Defendant's conviction under Count 1 of this Indictment.

**Firearms Forfeiture**

2,     Pursuant to Title 18, United States Code, Section 924(d), upon conviction of the offense alleged in Count 1, the Defendant,

**MICHAEL CHRISTIAN, a/k/a "Icey Mike,"**

shall forfeit to the United States of America the firearm involved in the commission of the offense:

    a.    a Smith & Wesson Model M&P Shield .40 caliber firearm bearing serial number HRF5216; and

    b.    approximately six rounds of .40 caliber ammunition.

21 U.S.C. § 853
18 U.S.C. § 924(d)
18 U.S.C. § 2461

_____
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

01-15-2020
Date

**SIGNATURE REDACTED**

Foreperson